IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DAVID SHAKIR,                                                        PLAINTIFF,

VS.                                                 CIVIL ACTION NO. 2:08CV178-P-A

NATIONWIDE TRUSTEE SERVICES, INC.,                                   DEFENDANT.

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Nationwide Trustee Services, Inc.'s January 29, 2010 second motion for summary judgment [51] is **GRANTED**; accordingly,

(2) All of the plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

(3) This case is **CLOSED** with the parties to bear their own costs.

**SO ORDERED** this the 15th day of April, A.D., 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE